**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00842-CV

**CITY OF LANCASTER, Appellant**

**V.**

**WHITE ROCK COMMERCIAL, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06471**

## ORDER

We **GRANT** appellee's September 7, 2016 unopposed motion for an extension of time to file a brief and extend the time to **OCTOBER 7, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE